# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., | ) | |
| IVC FILTERS MARKETING, SALES | ) | |
| PRACTICES AND PRODUCT | ) | 1:14-ml-02570-RLY-TAB |
| LIABILITY LITIGATION | ) | MDL NO. 2570 |

## ORDER RE: MOTION TO WITHDRAWAL AS COUNSEL OF RECORD

Upon consideration of the Motion to Withdrawal as Counsel of Record, it is hereby ORDERED that Attorney Gregory D. Bentley is withdrawn and shall be removed from MDL No. 2570.

DATED: _____

_____
U.S. DISTRICT COURT JUDGE