**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., | ) | |
| IVC FILTERS MARKETING, SALES | ) | |
| PRACTICES AND PRODUCT | ) | 1:14-ml-02570-RLY-TAB |
| LIABILITY LITIGATION | ) | MDL NO. 2570 |
| | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | Individual Docket Nos. |
| Plaintiff, Crystal D. King | ) | 1:16-cv-02225-RLY-TAB |
| Plaintiff, Terrence I. Brill | ) | 1:16-cv-02267-RLY-TAB |
| Plaintiff, Jeanna Kelso | ) | 1:16-cv-02395-RLY-TAB |
| Plaintiff, Larry K. Smith | ) | 1:19-cv-01948-RLY-TAB |
| Plaintiff, Alan Krappitz | ) | 1:19-cv-02908-RLY-TAB |
| Plaintiff, Leonard C. Mohr | ) | 1:17-cv-03833-RLY-TAB |
| Plaintiffs, Amanda Marstiller, | ) | 1:18-cv-00237-RLY-TAB |
| and Michael Marstiller | ) | 1:18-cv-00866-RLY-TAB |
| Plaintiff, Alexis Mason | ) | 1:18-cv-01022-RLY-TAB |
| Plaintiff, William L. Murray | ) | 1:18-cv-01257-RLY-TAB |
| Plaintiff, Freda C. Davis | ) | 1:19-cv-00629-RLY-TAB |
| Plaintiff, Linda Hinton | ) | 1:19-cv-01128-RLY-TAB |
| Plaintiff, Dawn Rabah | ) | 1:19-cv-01472-RLY-TAB |
| Plaintiff, Audrey Kuntzler | ) | 1:19-cv-01584-RLY-TAB |
| Plaintiff, Carl E. House | ) | 1:19-cv-01586-RLY-TAB |
| Plaintiff, Loretta Scott | ) | 1:19-cv-01746-RLY-TAB |
| Plaintiff, David L. Hamm | ) | 1:19-cv-01854-RLY-TAB |
| Plaintiff, Henrietta Lang | ) | 1:19-cv-01863-RLY-TAB |
| Plaintiff, Teresa Rice | ) | 1:19-cv-01896-RLY-TAB |
| Plaintiff, Mary E. Dillard | ) | 1:19-cv-01900-RLY-TAB |
| Plaintiff, Douglas M. Keller, Jr. | ) | 1:20-cv-00537-RLY-TAB |
| Plaintiff, David D. Clifton | ) | 1:18-cv-00866-RLY-TAB |
| Plaintiff, Lisa Burnett | ) | 1:20-cv-06236-RLY-TAB |
| Plaintiff, Sue Allen-Miller, et al. | ) | 1:21-cv-06495-RLY-TAB |
| Plaintiff, Robert Ottogalli, Jr. | ) | 1:21-cv-06553-RLY-TAB |
| Plaintiff, Jennifer L. Dinwiddie | ) | 1:21-cv-06675-RLY-TAB |
| Plaintiff, Sheila Jane Kane | ) | 1:21-cv-06695-RLY-TAB |
| Plaintiff, Kathy Ann Miller | ) | 1:21-cv-06553-RLY-TAB |
| Plaintiff, Mikala Wade | ) | |
| | ) | |

## ORDER RE: MOTION TO WITHDRAWAL AS COUNSEL OF RECORD

This matter is before the Court on Gregory D. Bently's Motion to Withdrawal as Counsel of Record in the above-referenced cases, and the Court, being duly advised in the premises, now GRANTS said motion. [Filing No. 26234.]

IT IS THEREFORE ORDERED that Attorney Gregory D. Bentley is withdrawn and shall be removed from the above listed cases and the MDL Master Case 1:14-ml-02570-RLY-TAB.

Date: 10/30/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.